Anina RASTEN, Plaintiff, Appellant,

v.

BOURNEWOOD HOSPITAL; Beth
Israel Hospital, Defendants,
Appellees.

Anina Rasten, Plaintiff, Appellant,

v.

Sumner Goldberg and Massachusetts
Board of Bar Overseers,
Defendant, Appellee.

Nos. 00–2269, 01–1028.

United States Court of Appeals,
First Circuit.

June 27, 2001.

Anina Rasten, on briefs, pro se.

Before BOUDIN, Chief Judge, SELYA
and LYNCH, Circuit Judges.

PER CURIAM.

We consolidate these appeals and, after
due consideration, affirm for the reasons
given by the district court. Neither com-
plaint succeeded in stating a federal claim.

*Affirmed.* Loc. R. 27(c).